# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR MADRID,<br><br>                                           Plaintiff,<br><br>- against -<br><br>PROGRESO LATINO GROCERY INC., PROGRESO HONDURAS RESTAURANT INC., PROGRESO DELI & GROCERY, INC., and any other entities affiliated with or controlled by PROGRESO LATINO GROCERY INC., PROGRESO HONDURAS RESTAURANT INC., PROGRESO DELI & GROCERY, INC., and DENIS PAZ individually,<br><br>                                          Defendants. | 14-cv-5891 (ENV)<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants.

VIRGINIA & AMBINDER, LLP

By: _____
Alison Genova, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel (212) 943-9080
*Attorneys for Plaintiff*
July 24, 2015

SO ORDERED
    s/ENV

MICHAEL PREVITO

By: _____
Michael Previto, Esq.
6 Lyndon Lane
Centerreach, New York 11720
Tel: (631) 379-0837
*Attorneys for Defendants*
July __, 2015

*The Court is directed to close this case.*

AUG -11 2015



**VIRGINIA & AMBINDER LLP**
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Alison L. Genova**
Associate
agenova@vandallp.com

July 13, 2015

**VIA ECF**
Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Hector Madrid v. Progreso Latino Grocery, Inc., et al.,*
        Case No. 14-CV-05891 (ENV) (SMG)

Dear Judge Gold:

    This firm is legal counsel to the Plaintiff in the above referenced litigation. I write on behalf of both parties to respectfully advise this Court that the parties have reached an agreement in this matter. The settlement documents have been fully executed by the parties. As per Your Honor's individual rules of practice, a stipulation of discontinuance will be filed with the Court.

    Should Your Honor wish to further discuss the settlement, the parties will make themselves available for a telephonic or in-person conference.

                      Respectfully submitted,

                      /s/ Alison L. Genova


cc:    Michael L. Previto (via email and ECF)
        Lloyd R. Ambinder (via email and ECF)